

VIA E-MAIL
ceo@webdesigner23.com

WD23.COM
Attention: Carlos Eros

Date: February 27, 2026

Mr. Eros:

Re: <u>Demand for Immediate Transfer of Bronx and Banco Digital Infrastructure and Administrative Credentials</u>

This firm represents Bronx and Banco (the "Company") in connection with the transition of digital infrastructure and administrative control following the termination of your services. We write to demand the immediate and complete transfer of all Company-owned systems, credentials, and administrative access currently under your control.

### Outstanding Transfer Items

Despite prior discussions between you and the Company, full ownership and administrative transfer of critical business systems has not been completed. These assets constitute core intellectual property and operational infrastructure belonging exclusively to Bronx and Banco. We hereby demand the immediate transfer of the following, together with written confirmation of completion:

**Shopify**. Transfer of store ownership and primary account holder status to natalie@bronxandbanco.com.

**Microsoft 365 Tenant**. Transfer of Global Administrator and Billing Owner access to the Company's designated representative.

**Cloudflare**. Transfer of full account ownership and billing control.

**Domain Registrars**. Transfer of ownership and payment control for both bronxandbanco.com and bronxandbanco.com.au.

**Security Credentials**. Removal of any remaining administrator permissions, authenticators, recovery emails, or security credentials connected to your devices or personal accounts.

### Deadline for Compliance

Please confirm in writing that all transfers described above have been completed no later than forty-eight (48) hours from your receipt of this letter. Should any step require participation by the Company, provide precise instructions immediately so that completion is not delayed.

### Legal Implications

As you are aware, all domains, digital platforms, data, and intellectual property associated with Bronx and Banco are the sole property of the Company. Retention of administrative control over Company infrastructure following the termination of your services creates significant operational risk and potential legal exposure for all parties. The Company considers this matter urgent and expects immediate resolution.

We trust this matter can be concluded promptly and professionally. Please direct all correspondence regarding this matter to the undersigned. We reserve all rights and remedies available to the Company at law and in equity.

Yours truly,

**/s/ Adam Price, Esq.**

Partner, for and on behalf of the Firm.

45 Rockefeller Plaza, 20th Floor, New York, NY 10111